1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12    JANICE EVANS,                    )        Case No.: C 10-05768 PSG
                                       )
13                    Plaintiff,       )        **ORDER SCHEDULING CASE**
                                       )        **MANAGEMENT CONFERENCE**
14        v.                           )
                                       )
15    WALGREEN CO., et al.,            )
                                       )
16                    Defendants.      )
                                       )
17    _____)

18        Plaintiff is required to file a "Notice of Need for Mediation" no later than May 12, 2011.  *See*

19    Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities

20    Act dated December 17, 2010.  (Docket No. 4).  Generally, mediation should be completed within 90

21    days after such notice is filed.  No more than seven days after the mediation, Plaintiff is required to

22    request a case management conference.  Thus, the court finds it appropriate to proceed to schedule a

23    case management conference to occur approximately two weeks after the last day for the mediation.

24    Therefore,

25        IT IS HEREBY ORDERED that the parties shall appear at 2:00 p.m. on September 6, 2011

26    for a case management conference.[1]  The parties shall file their Joint Case Management Conference

27    _____

28        [1]    This order is without prejudice to any party moving to advance the case management
      conference date if the parties complete their site inspection and mediation more quickly than allowed
      in the scheduling order.

                                   ORDER, *page 1*

1   Statement seven calendar days before the case management conference.

2         IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this order on Defendants no

3   later than the date of the Joint Site Inspection.

4   Dated: December 22, 2010

5                                    _____
                                     PAUL S. GREWAL
6                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

4

5   <u>copies mailed on                    to:</u>

6   Plaintiff's Attorney's Name, Esq.
    Address

7

8   Defendant's Attorney's Name, Esq.
    Address

9

10  _____
    OSCAR RIVERA
    Courtroom Deputy

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28